1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   LYRALISA LAVENA STEVENS,          Case No. 1:21-cv-1144 JLT SKO (PC)

12              Plaintiff,             ORDER ADOPTING FINDINGS AND
                                       RECOMMENDATIONS, DISMISSING
13        v.                           CERTAIN CLAIMS, AND DIRECTING THE
                                       CLERK OF COURT TO UPDATE THE
14   C. MARTINEZ,                      DOCKET

15              Defendant.
                                       (Doc. 25)
16

17        Lyralisa Lavena Stevens seeks to hold the defendants liable for civil rights violations

18   pursuant to 42 U.S.C. § 1983.  The magistrate judge screened Plaintiff's First Amended

19   Complaint pursuant to 28 U.S.C. § 1915A(a), and found Plaintiff stated cognizable Fourteenth

20   Amendment equal protection claims but no other cognizable claims. Therefore, the Court granted

21   Plaintiff an opportunity to file an amended complaint or proceed upon the claims found

22   cognizable.  (*See generally* Doc. 23.)  In response, Plaintiff informed the Court that she was

23   willing to proceed only on the cognizable claims.  (Doc. 24.)

24        The magistrate judge then issued Findings and Recommendations, recommending this

25   action proceed only on Plaintiff's Fourteenth Amendment equal protection claims against

26   Defendants Martinez and Peterson and that the remaining claims be dismissed. The magistrate

27   judge also recommended and that the docket be modified to add N. Peterson as a defendant

28   named in the First Amended Complaint. (Doc. 25.)

1         The Court served Plaintiff the Findings and Recommendations and notified him that any

2    objections were due within 14 days.  (Doc. 25 at 2.)  The Court advised that the "[f]ailure to file

3    objections within the specified time may result in waiver of rights on appeal."  (*Id.*, citing

4    *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) To date, Plaintiff has not filed

5    objections.

6         According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this

7    case.  Having carefully reviewed the entire matter, the Court concludes the Findings and

8    Recommendations are supported by the record and proper analysis. Accordingly, the Court

9    **ORDERS**:

10       1.    The Findings and Recommendations issued on November 13, 2023 (Doc. 25) are

11           **ADOPTED** in full.

12       2.    This action **PROCEEDS** <u>only</u> on Plaintiff's Fourteenth Amendment equal

13           protection claims against Defendants Martinez and Peterson.

14       3.    The remaining claims in Plaintiff's First Amended Complaint are **DISMISSED**.

15       4.    The Clerk of Court is directed to update the docket in this action to add N.

16           Peterson as a defendant.

17       5.    The matter is referred to the magistrate judge for further proceedings.

18

19   IT IS SO ORDERED.

20     Dated:  __**December 7, 2023**__

                                                 UNITED STATES DISTRICT JUDGE