UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYRALISA LAVENA STEVENS,<br><br>Plaintiff,<br><br>v.<br><br>C. MARTINEZ,<br><br>Defendant. | Case No. 1:21-cv-01144-JLT-SKO (PC)<br><br>**ORDER REFERRING CASE TO POST-SCREENING ADR AND STAYING CASE FOR 90 DAYS**<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Lyralisa Lavena Stevens is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Martinez and Peterson for violations of Plaintiff's constitutional rights.

The Court refers all civil rights cases filed by pro se inmates to Alternative Dispute Resolution ("ADR") to attempt to resolve such cases more expeditiously and less expensively. In appropriate cases, defense counsel from the California Attorney General's Office have agreed to participate in ADR. No claims, defenses, or objections are waived by the parties' participation.

The Court stays this action for ninety days to allow the parties to investigate Plaintiff's claims, meet and confer, and participate in an early settlement conference. The Court presumes that all post-screening civil rights cases assigned to the undersigned will proceed to a settlement conference. However, if, after investigating Plaintiff's claims and meeting and conferring, either party finds that a settlement conference would be a waste of resources, the party may opt out of

1  the early settlement conference.

2         Accordingly, it is hereby **ORDERED**:

3      1.  This action is STAYED for **ninety (90) days** to allow the parties an opportunity to

4         settle their dispute before the discovery process begins. No pleadings or motions may

5         be filed in this case during the stay. The parties shall not engage in formal discovery,

6         but they may engage in informal discovery to prepare for the settlement conference.

7      2.  <u>**Within forty-five (45) days**</u> from the date of this order, the parties SHALL file the

8         attached notice, indicating their agreement to proceed to an early settlement

9         conference or their belief that settlement is not achievable at this time.

10      3.  <u>**Within sixty (60) days**</u> from the date of this order, the assigned Deputy Attorney

11         General SHALL contact the undersigned's Courtroom Deputy Clerk at

12         wkusamura@caed.uscourts.gov to schedule the settlement conference, assuming the

13         parties agree to proceed to an early settlement conference.

14      4.  If the parties reach a settlement during the stay of this action, they SHALL file a

15         Notice of Settlement as required by Local Rule 160.

16      5.  The Clerk of the Court SHALL serve via email copies of Plaintiff's first amended

17         complaint (Doc. 20), the Court's second screening order (Doc. 23), the Order

18         Adopting Findings and Recommendations to Dismiss Certain Claims (Doc. 26) and

19         this Order to Supervising Deputy Attorney General Lawrence Bragg

20         (Lawrence.Bragg@doj.ca.gov), and a copy of this Order to ADR Coordinator Sujean

21         Park.

22      6.  The parties are obligated to keep the Court informed of their current addresses during

23         the stay and the pendency of this action. Changes of address must be reported

24         promptly in a Notice of Change of Address. *See* L.R. 182(f).

25

26

27  IT IS SO ORDERED.

28  Dated:   **February 13, 2024**               */s/ Sheila K. Oberto*

1    UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13    UNITED STATES DISTRICT COURT

14    EASTERN DISTRICT OF CALIFORNIA

15

16    LYRALISA LAVENA STEVENS,          Case No. 1:21-cv-01144-JLT-SKO (PC)

17                    Plaintiff,

18          v.                          NOTICE REGARDING EARLY
                                        SETTLEMENT CONFERENCE
19    C. MARTINEZ,

20                    Defendant.

21

22    1.   The party or counsel agrees that an early settlement conference would be productive and

23         wishes to engage in an early settlement conference.

24               Yes ____           No ____

25

26    2.   Plaintiff (check one):

27               _____ would like to participate in the settlement conference in person.

28               _____ would like to participate in the settlement conference by telephone or video

3

1          conference.

2 Dated:

3                                                  _____

                                               Plaintiff or Counsel for Defendant