UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYRALISA LAVENA STEVENS,<br><br>  Plaintiff,<br><br>  v.<br><br>C. MARTINEZ,<br><br>  Defendant. | Case No. 1:21-cv-01144-JLT-SKO (PC)<br><br>**ORDER LIFTING PREVIOUSLY IMPOSED STAY**<br><br>**ORDER DIRECTING CLERK OF THE COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER** |

Plaintiff Lyralisa Lavena Stevens is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Martinez and Peterson for alleged violations of Plaintiff's constitutional rights.

On February 13, 2024, the Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 90 Days. (Doc. 32) The Court ordered the parties to file notice, within 45 days, stating whether they believed an early settlement conference would be productive. (*Id*. at 2.)

On February 28, 2024, Plaintiff filed a notice indicating a willingness to participate in an early settlement conference. (Doc. 33.) On March 29, 2024, Defendants filed their notice indicating they did not wish to participate in an early settlement conference in this matter. (Doc. 35.)  Because Defendants do not agree an early settlement conference would be productive, the

Court will lift the previously imposed stay and issue a discovery and scheduling order.

**CONCLUSION AND ORDER**

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The previously imposed 90-day stay of this is action (Doc. 32) is **LIFTED**; and
2. The Clerk of the Court is **DIRECTED** to issue a discovery and scheduling order in this matter.

IT IS SO ORDERED.

Dated:   **April 1, 2024**                                          /s/ *Sheila K. Oberto*
                                                                                 UNITED STATES MAGISTRATE JUDGE